# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALBERT SIMMONS**  **PLAINTIFF**
**ADC #147660**

v.  No: 4:22-cv-00335 JM-PSH

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Simmons' claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action should be considered as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE