IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALBERT SIMMONS** **PLAINTIFF**
**ADC #147660**

v.                           No: 4:22-cv-00335 JM-PSH

**ARKANSAS DEPARTMENT
OF CORRECTIONS,** *et al.*                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE